## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

ROSUNDE NICHOLS, ET AL                              PLAINTIFFS

V.                          CASE # <u>2:06-CV-158 SWW</u>

PHILLIPS COUNTY ELECTION                            DEFENDANTS
COMMISSION, ET AL

### ORDER

On the motion of the Plaintiffs and by agreement with both parties this action is

dismissed pursuant to FRCP Rule 41 (a)(1).

IT IS ORDERED on this __1st__ day of June, 2007.

_____
Federal District Judge